**SO ORDERED.**
**SIGNED this 20th day of June, 2019**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Pine Forest Associates LP** | ) | **No. 1:18-bk-15814-NWW** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN AND OBJECTIONS TO DISCLOSURE STATEMENT, COMBINED WITH NOTICE THEREOF

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by the debtor on June 19, 2019,[1] referring to a plan under chapter 11 of the Bankruptcy Code filed by the debtor on June 11, 2019[2]; and

---

[1] The disclosure statement before the court is designated "Fourth Amended Disclosure Statement for Small Business Under Chapter 11." In reality, the disclosure statement is a third amended disclosure statement, because the document filed on June 11, 2019, designated "Second Amended Disclosure Statement for Small Business Under Chapter 11," was actually a new disclosure statement in that the court denied approval of the prior disclosure statement.

[2] The plan before the court designated "Second Amended Plan of Reorganization for Small Business Under Chapter 11" is actually a new plan because the court denied confirmation of the prior plan.

The debtor being a "small business debtor" and having requested conditional approval of the disclosure statement;

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by the debtor dated June 19, 2019, is conditionally approved.

B. July 22, 2019, is fixed as the last day for submitting ballots accepting or rejecting the plan referred to above. To be timely, a written ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) must be received by counsel for the debtor on or before that deadline. No later than July 23, 2019, counsel for the debtor shall file a summary of the ballots timely received, with copies of the ballots attached to the summary.

C. Within four days after the entry of this order, counsel for the debtor shall mail the plan, the disclosure statement, and a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) to creditors, equity security holders (if any), and other parties in interest, and transmit copies to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d). Counsel for the debtor shall file a certificate of service reflecting compliance with this paragraph within two business days after effecting service.

D. July 25, 2019, at 10:30 a.m. is fixed for the hearing on final approval of the disclosure statement and on confirmation of the plan.

E. July 22, 2019, is fixed as the last day for filing and serving (1) pursuant to Fed. R. Bankr. P. 3017.1(c)(2), written objections to the disclosure statement, and (2) pursuant to Fed. R. Bankr. P. 3020(b)(1), written objections to confirmation of the plan.

F. **Notice is further given, pursuant to E.D. Tenn. LBR 3017-2(c), that the court may consider at the combined hearing on final approval of the disclosure statement and on confirmation of the plan, whether to extend the time period prescribed by 11 U.S.C. § 1129(e), pursuant to 11 U.S.C. § 1121(e)(3).**

# # #