**SO ORDERED.**
**SIGNED this 25th day of September, 2019**

_Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

IN RE:

PINE FOREST ASSOCIATES, LP,

    Debtor.

Case No. 1:18-bk-15814-NWW
Chapter 11

## AGREED ORDER AMENDING PLAN TREATMENT OF
## BAYVIEW LOAN SERVICING, LLC

As evidenced by the signatures of the Parties below, the Debtor and Bayview Loan Servicing, Inc. ("Bayview") have agreed to amend the plan treatment of Bayview's claim. In the current proposed plan, dated August 2, 2019 [Doc. 102] (the "Plan"), Bayview's claim is treated in Class 2 with more specific terms set forth in Exhibit "A" to the Plan. Based on the agreement of the Parties, the terms set forth in Exhibit "A" shall remain the same except for the maturity date and claim amount. The maturity date is hereby amended to December 1, 2033, and Bayview's claim amount is hereby reduced to $885,630.00. This Agreed Order shall be incorporated into the Plan and any resulting confirmation order.

# # #

1

**CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Bayview Loan Servicing, LLC*


*/s/ Brent James (by BJC w/ permission)*
BRENT JAMES (GA Bar No. 388855)
**Harris & Hartman Law Firm, P.C.**
P.O. Drawer 220, 200 McFarland Bldg.
Rossville, GA 30741
(706) 861-0203 (Telephone)
(706) 861-6838 (Facsimile)
*Attorney for Debtor*