**The words "CONVERTED to Chapter 7" are changed to "DISMISSED."**

**SO ORDERED.**
**SIGNED this 26th day of September, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **PINE FOREST ASSOCIATES LP,** | ) | Case No. 1:18-bk-15814-NWW |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

### ORDER

The Motion of the United States Trustee to Dismiss Case or Convert Case to Chapter 7 or Appoint Trustee pursuant to 11 U.S.C. § 1112(b) came on for hearing following notice to the debtor and all creditors and parties-in-interest. It appearing that good cause exists to grant the Motion and further that it is in the best interest of creditors that the case be converted; it is hereby

ORDERED that the United States Trustee's motion is granted and the case is hereby CONVERTED to Chapter 7.

# # #

APPROVED FOR ENTRY:

/s/ David Holesinger
David Holesinger (TN BPR # 030189)
Attorney for United States Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153
David.Holesinger@usdoj.gov